OPINION — AG — ** COUNTY RECORDS — OUT OF COUNTY — REPRODUCTION — REMOVAL ** 67 O.S. 93 [67-93] AND 67 O.S. 301 [67-301], TAKEN TOGETHER, PERMIT COUNTY OFFICIALS TO REMOVE RECORDS FROM THEIR OFFICES BUT NOT FROM THE COUNTY OF ORIGIN FOR PURPOSES OF MICROFILMING. (RECORDS, REMOVAL FROM COUNTY COUNTY OFFICES, COUNTY CLERK, PHOTOGRAPHING, XEROX, CUSTODIAL) CITE: 67 O.S. 92 [67-92], 67 O.S. 301 [67-301] (ROBERT A. NANCE)